UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV422-136 |
| ATLANTIC FOOT AND ANKLE SPECIALISTS, PC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The United States of America filed this lawsuit against Atlantic Foot and Ankle Specialists, PC ("AFAS"), alleging breach of contract. *See generally* doc. 1. It then moved for summary judgment. Doc. 5. AFAS filed responsive pleadings; however, they were signed by Melissa Robitaille, a non-lawyer attempting to proceed *pro se* on behalf of the entity. *See* docs. 7 at 2 ("Defendant pro se (for now)"); 8 at 16 (same); 11 at 2 (same); *see also* doc. 12 (motion submitted by Robitaille on entity's behalf). Because AFAS is an entity and therefore cannot proceed *pro se*, the Court directed it to retain counsel by July 24, 2022. Doc. 9 at 3-4. (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).

The United States has moved to stay these proceedings pending AFAS's compliance with that Order. Doc. 10.

"It is well-settled that a corporate entity must appear and litigate through counsel, and cannot proceed pro se." *Potter v. Altman*, 647 F. App'x 974, 976 (11th Cir. 2016) (citing *Palazzo*, 764 F.2d at 1385)). Considering AFAS's current inability to litigate, a stay is appropriate. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) (recognizing the Court's "broad discretion" to stay proceedings); *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001) (district courts have "broad discretion over the management of pre-trial activities, including discovery and scheduling."). The United States' motion is, therefore, **GRANTED**.[1] Doc. 10. The Clerk is **DIRECTED** to **STAY** all deadlines in this case. The stay shall be lifted upon the entry of appearance of counsel for Atlantic Foot and Ankle Specialist, PC. If, however, counsel

---

[1] Generally, opposing parties are afforded fourteen days to respond to motions. *See* S.D. Ga. L. Civ. R. 7.5. However, considering AFAS is not currently represented by an attorney, it cannot file a response. *See Potter*, 647 F. App'x at 976.

does not appear, the United States is **DIRECTED** to file either a status report or a motion to lift the stay within 60 days of the date of this Order.

**SO ORDERED,** this 5th day of July, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA